**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SOLOMAN SEALES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11-CV-0467-JCH |
| | ) | |
| THE MUSEUM BETWEEN KANSAS CITY | ) | |
| AND KANSAS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice

pursuant to 28 U.S.C. § 1915(g).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in

good faith. 28 U.S.C. § 1915(a)(3).

Dated this 22nd day of March, 2011.


/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE